IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-344-D

| | |
|---|---|
| BOBBYDYNE MCMILLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CUMBERLAND COUNTY SCHOOLS, | ) |
| CUMBERLAND COUNTY BOARD | ) |
| OF EDUCATION, and | ) |
| JOSEPH M. LOCKLEAR, | ) |
| | ) |
| Defendants. | ) |

On June 20, 2014, Cumberland County Schools filed a motion to dismiss plaintiff's complaint. See [D.E. 5]; Fed. R. Civ. P. 12(b)(6). On July 11, 2014, plaintiff amended her complaint and no longer names Cumberland County Schools as a defendant. See [D.E. 8]. The motion to dismiss [D.E. 5] is DISMISSED as moot.

SO ORDERED. This ⎽6⎽ day of August 2014.

JAMES C. DEVER III
Chief United States District Judge