IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-344-D

| | |
|---|---|
| BOBBYDYNE MCMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CUMBERLAND COUNTY SCHOOLS, ) | |
| CUMBERLAND COUNTY BOARD ) | |
| OF EDUCATION, and ) | |
| JOSEPH M. LOCKLEAR, ) | |
| ) | |
| Defendants. ) | |

On November 14, 2014, plaintiff filed a motion for leave to file a second amended complaint [D.E.24]. The motion [D.E.24] is GRANTED. See Fed. R. Civ. P. 15(a)(2). The second amended complaint is due no later than January 9, 2015. Defendants may respond to the second amended compliant in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). Defendants' motion for judgment on the pleadings [D.E. 22] is DISMISSED as moot.

SO ORDERED. This **30** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge