IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-344-D

| | | |
|---|---|---|
| BOBBYDYNE MCMILLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CUMBERLAND COUNTY SCHOOLS, | ) | |
| CUMBERLAND COUNTY BOARD | ) | |
| OF EDUCATION, and | ) | |
| JOSEPH M. LOCKLEAR, | ) | |
| | ) | |
| Defendants. | ) | |

On January 23, 2015, defendants filed a motion to dismiss [D.E. 30]. The motion to dismiss [D.E. 30] is DENIED. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 18 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge