UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBYDYNE MCMILLAN,<br>　　　　Plaintiff,<br>V.<br>CUMBERLAND COUNTY SCHOOLS,<br>CUMBERLAND COUNTY BOARD<br>OF EDUCATION, and<br>JOSEPH M. LOCKLEAR,<br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-cv-344-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for leave to file a third amended complaint [D.E. 42] is DENIED and defendants' motion for summary judgment [D.E. 45] is GRANTED. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on September 29, 2016, and Copies To:**

| | |
|---|---|
| Chelsea E. Anderson | (via CM/ECF Notice of Electronic Filing) |
| Daniel W. Koenig | (via CM/ECF Notice of Electronic Filing) |
| J. Scott Lewis | (via CM/ECF Notice of Electronic Filing) |
| Conor Patrick Regan | (via CM/ECF Notice of Electronic Filing) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

September 29, 2016　　　　　　　　　　(By) /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　　　　Deputy Clerk